# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PAOLINELLI,<br><br>    Plaintiff,<br><br>    v.<br><br>PIONEER CREDIT RECOVERY, INC.,<br><br>    Defendant. | Case No. 1:14-cv-001430---SAB<br><br>ORDER VACATING DATES AND REQUIRING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN SIXTY DAYS |

On October 6, 2014, Plaintiff filed a notice of settlement of this action. Due to the notice of settlement,

IT IS HEREBY ORDERED that:

1. All future dates are vacated;
2. The Clerk's Office is directed to assign this matter to a Fresno District Judge; and
3. The parties shall file dispositive documents within sixty days from the date of service of this order.

IT IS SO ORDERED.

Dated: **October 7, 2014**

UNITED STATES MAGISTRATE JUDGE

1