UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PAOLINELLI,<br><br>Plaintiff,<br><br>v.<br><br>PIONEER CREDIT RECOVERY, INC., et al.,<br><br>Defendants. | 1:14-cv-1430-LJO-SAB<br><br>ORDER RE PLAINTIFF'S VOLUNTARY DISMISSAL (DOC. 7) |

On October 17, 2014, Richard Paolinelli ("Plaintiff") filed a notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i). Doc. 7 at 2. Plaintiff requests that the Court issue an order dismissing the entire complaint <u>with prejudice</u>.

Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), this Court DISMISSES <u>with prejudice</u> this entire action. The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

   Dated: **October 20, 2014**             /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE